# Vanderbilt *et al. v.* Webb.

APPEAL from the City Court of Birmingham, in Equity.
Heard before the Hon. W. W. WILKERSON.

GEORGE A. EVANS, for appellant.

JAMES E. WEBB, for appellee.

The appeal in this case was dismissed.

Opinion by SHARPE, J.

---

# Minuetts *v.* The State.

APPEAL from the Circuit Court of Walker.
Tried before the Hon. JAMES J. RAY.

JOHN W. SHERER, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant was indicted, tried and convicted for murder in the first degree, and sentenced to be hung.
The appeal is dismissed on motion of appellant.

Opinion PER CURIAM.